155 A.3d 439

**JOHNSON, Jarmal**

v.

**STATE of Maryland**

**Pet. Docket No. 483, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2861, Sept. Term, 2015).

Petition for writ of certiorari denied

155 A.3d 439

**JONES, Troy**

v.

**STATE of Maryland**

**Pet. Docket No. 497, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Pending in the Court of Special Appeals (No. 2036, Sept. Term, 2016).

Petition for writ of certiorari denied